# EXHIBIT B



Printed on: 1/20/2023

---

### CONSENT FOR INITIAL PROVISION OF SERVICES

Date: 01/19/2023

Dear Parent or Guardian of Edward Johnson

Date of Birth: 08/11/2013    Local ID: 244613246

At the meeting that was held on 01/05/2023 it was determined that Edward Johnson is eligible for special education services and an Individualized Education Program (IEP) was developed recommending:

**10 Month School Year**

   **Placement**
      NYC DOE School: Non-Specialized (District 1 32)

   **Special Education Services**
      Integrated Co-Teaching Services
      Special Education Teacher Support Services (SETSS)

   **Related Services / Supplementary Aids and Services / Assistive Technology**
      Counseling Services (Individual)

If you consent to this recommendation and wish to have these services provided to your child, please sign below, keep a copy for your records and return to:

Name: Elane Kaimeh   Telephone #: 718-987-8020
Address: 330 DURANT AVENUE, STATEN ISLAND, NY 10308

If you want to discuss this decision or would like to arrange another meeting please contact the person listed above.

If you do not consent to this recommendation, you have the right to request mediation or an impartial hearing. If you want to request mediation, you must do so in writing to Beth Albano at 330 DURANT AVENUE, STATEN ISLAND, NY 10308. You may request an impartial hearing by writing to the New York City Department of Education, Impartial Hearing Office, 131 Livingston Street, Room 201, Brooklyn, NY 11201.

I consent to the recommended educational program

_____   1/20/2023
Parent/Guardian Signature              Date

Irina Mayman



## PRESENT LEVELS OF PERFORMANCE AND INDIVIDUAL NEEDS

| DOCUMENTATION OF STUDENT'S CURRENT PERFORMANCE AND ACADEMIC, DEVELOPMENTAL AND FUNCTIONAL NEEDS |
|---|
| **On 1/16/23, parent called to voice concerns about Edward transitioning into a different classroom. He responded very emotionally to the news, and parent described him to be in acute emotional distress. The team considered deferring the start date to September, but recognized that an ICT setting is the academic support he requires. The team agreed to push the start date back to Feb 21,23, after the winter recess break. |
| **SOCIAL DEVELOPMENT** |
| THE DEGREE (EXTENT) AND QUALITY OF THE STUDENT'S RELATIONSHIPS, WITH PEERS AND ADULTS, FEELINGS ABOUT SELF, AND SOCIAL ADJUSTMENT TO SCHOOL AND COMMUNITY ENVIRONMENTS. |
| Edward does not display any temper tantrums at home, he will cry at times when he is angry and he does so in his bed. He is described as introverted. Edward has difficulty with concentration, attention span, anxiety, hyperactivity, distractibility, and fears of snakes biting him. When Edward misbehaves at home, the parent will use explaining, time out, and reinforcement. According to Ms. Mayman, Edward started counseling in 2021 from February to June due to the high profile divorce. The counseling was for crisis management and during this time, his father interfered in counseling and wanted it to be family counseling, the counselor then referred Edward to Safe Horizon and counseling was terminated. The teacher does not report any social emotional concerns. Edward adjusts to transitions, communicates his needs, and has a good attitude toward school. Edward recognizes self awareness, social awareness, self management, relationship skills, and responsible decision making. Testing evaluator reports that Edward is a sweet but shy and anxious child. Edward has been experiencing heightened anxiety after a snake bite he experienced a year ago. Edward reports having flashbacks and nightmares all connected to the snake bite. He is struggling with focusing due to the symptoms related to his trauma. When he is in the classroom he struggles with paying attention because he envisions snakes popping out of everywhere. |
| **STUDENT STRENGTHS:** |
| Edward does have friends in school and he attends CCD and basketball. Ms. Mayman describes Edward as a very social child. He has strengths of organizational skills, he is neat in terms of clothes and haircut. Edward is very body image aware. His motor planning is also considered a strength. At home, he helps around the house, cleans up, makes the bed, and packs his backpack. The teacher does not report any social-emotional concerns. Edward adjusts to transitions, communicates his needs, and has a good attitude toward school. Edward recognizes self awareness, social awareness, self management, relationship skills, and responsible decision making. |
| SOCIAL DEVELOPMENT NEEDS OF THE STUDENT INCLUDING, CONSIDERATION OF STUDENT NEEDS THAT ARE OF CONCERN TO THE PARENT |
| The parent is concerned that Edward is exhibiting a decline in his academics since 3rd grade. |
| Teachers stated that Edward looks overwhelmed when he sees several test questions at once |
| **PHYSICAL DEVELOPMENT** |
| THE DEGREE (EXTENT) AND QUALITY OF THE STUDENT'S MOTOR AND SENSORY DEVELOPMENT, HEALTH VITALITY AND PHYSICAL SKILLS OR LIMITATIONS WHICH PERTAIN TO THE LEARNING PROCESS. |

## PRESENT LEVELS OF PERFORMANCE AND INDIVIDUAL NEEDS

| | |
|---|---|
| DOCUMENTATION OF STUDENT'S CURRENT PERFORMANCE AND ACADEMIC, DEVELOPMENTAL AND FUNCTIONAL NEEDS | Edward's recent psychological evaluation revealed that Edward was diagnosed with Post Traumatic Stress Disorder and a reading and writing disability along with poor working memory. |
| STUDENT STRENGTHS | Edward is involved in basketball and enjoys this activity |
| PHYSICAL DEVELOPMENT NEEDS OF THE STUDENT, INCLUDING CONSIDERATION OF STUDENT NEEDS THAT ARE OF CONCERN TO THE PARENT | Edward will bite his nails when he is nervous. Edward is reported to have poor auditory processing. Edward does not like to read at home |
| MANAGEMENT NEEDS | Due to Edward's weaknesses in reading, writing, math, and phonics, specially designed instruction in phonics is recommended along with a more supportive ICT classroom.<br><br>Small group instruction<br>Chunking of larger texts into smaller sections<br>Word problems read aloud<br>Directions read and reread for clarification<br>Sentence starters when writing<br>Graphic organizers for reading responses<br>Multisensory approach |
| EFFECT OF STUDENT NEEDS ON INVOLVEMENT AND PROGRESS IN THE GENERAL EDUCATION CURRICULUM OR, FOR A PRESCHOOL STUDENT, EFFECT OF STUDENT NEEDS ON PARTICIPATION IN APPROPRIATE ACTIVITIES | Edward's deficits in the areas of basic reading skills, specifically phonics and decoding, and fluency, adversely affect his progress in the general education curriculum. He struggles to independently read information in academic areas which interferes with comprehension. His weaknesses in phonics also impact his encoding skills. Spelling mistakes interfere with others understanding his written responses. |

STUDENT NAME: Edward Johnson                                               NYC ID: 244613246

| ANNUAL GOALS | CRITERIA | METHOD | SCHEDULE |
|---|---|---|---|
| WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IEP IS IN EFFECT | MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | HOW PROGRESS WILL BE MEASURED | WHEN PROGRESS WILL BE MEASURED |
| Within one year, given 10 spoken grade-level two-syllable words that follows a pattern (e.g., c-le, VCe, vowel teams, closed, open), an example sentence containing the word, and syllable lines to write each word, Edward will spell the word correctly by applying a two-syllable spelling pattern, for 8 out of 10 words. | 3 out of consecutive trials | Teacher Made Materials, Check Lists | 1 time per month |

### IEP PROGRESS REPORT

1st Progress report for this IEP [ ]

2nd Progress report for this IEP [ ]

3rd Progress report for this IEP [ ]

| ANNUAL GOALS | CRITERIA | METHOD | SCHEDULE |
|---|---|---|---|
| WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IEP IS IN EFFECT | MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | HOW PROGRESS WILL BE MEASURED | WHEN PROGRESS WILL BE MEASURED |
| Counseling: Edward will identify and manage feelings of anxiety in school by describing the situation that makes him feel anxious (i.e. previous experiences) and identifying ways to handle the feelings so that it may improve his engagement academic situations. | 80% of the time | Teacher/Provider Observations | 1 time per month |

### IEP PROGRESS REPORT

1st Progress report for this IEP [ ]

# RECOMMENDED SPECIAL EDUCATION PROGRAMS AND SERVICES

**RELATED SERVICES:**

| Counseling Services | Individual Service | 1 time/1 per week | Elementary | Separate Location | 03/13/2023 |

**SUPPLEMENTARY AIDS AND SERVICES/PROGRAM MODIFICATIONS/ACCOMMODATIONS:**

Language of Service: English

**ASSISTIVE TECHNOLOGY DEVICES AND/OR SERVICES:**

**SUPPORTS FOR SCHOOL PERSONNEL ON BEHALF OF THE STUDENT:**

\* Identify, if applicable, class size (maximum student to staff ratio), language (if other than English), group or individual services, direct and/or indirect consultant teacher services or other service delivery recommendations.

**STUDENT NAME:** Edward Johnson    NYC ID: 244613246

**12-MONTH SERVICE AND/OR PROGRAM** - Student is eligible to receive special education services and/or program during July/August ☑ No
☐ Yes
If yes,
☐ Student will receive the same special education programs/services as recommended above.
OR
☐ Student will receive the following special education programs/services:

| SPECIAL EDUCATION PROGRAM/SERVICES | SERVICE DELIVERY RECOMMENDATIONS | FREQUENCY | DURATION | LOCATION | PROJECTED BEGINNING / |

For a preschool student, reasons the child requires services during July and August: