# EXHIBIT C

STEVEN DYCKMAN, MD

DATE 3/3/23

NAME Edward Johnson

D.O.B 9/11/2013 AGE 9

CHIEF COMPLAINT We need help

HISTORY OF PRESENT ILLNESS:

Pt is a 9 yr old [illegible] [illegible] comes [illegible] [illegible] [illegible] [illegible] incident when he was [illegible] [illegible] snake [illegible] [illegible] [illegible]

An order of protection [illegible] [illegible] [illegible] March 2022

bit by a snake. Aug 2021

I [illegible] my dad [illegible] the snake bit me. and my dad told me not to tell my mom. My dad made me swear that I wouldn't tell [illegible]

Told mom in Feb 2022 - Since then [illegible] nightmares [illegible] middle of night [illegible] [illegible] + [illegible]

Grades fell from 85 - 30

Started [illegible] [illegible] [illegible] of school c Dr. Shultz

He is constantly [illegible] about what happened

I get scared when I see [illegible] anything that snakes.

I sometimes will see snakes in classroom.

Change in personality - quieter, not as outgoing [illegible] [illegible] [illegible] more [illegible]

[illegible margin notes]

PAST PSYCH HISTORY: Ø

SOCIAL HISTORY: [illegible] 2020 2 brother and one sister
Since custody
[illegible] 3rd 4th [illegible] 23, 22, 17

FAMILY HISTORY:
mom - [illegible], OT
[illegible] - [illegible] - [illegible]

MEDICAL HISTORY/ALLERGIES: healthy full term normal milestones

CURRENT MEDICATIONS: NKDA

MENTAL STATUS EXAM

Behavior: [illegible]

Speech: normal

Orientation: ( ) time ( ) place ( ) person

Memory: Short term ( ) intact ( ) impaired

Long term ( ) intact ( ) impaired

Thought process ( ) normal ( ) abnormal

Thought content:

Hallucinations ( ) yes ( ) no

Command type ( ) yes ( ) no

Delusions ( ) yes ( ) no

Mood: ( ) euthymic ( ) abnormal [illegible]

Affect: ( ) broad/appropriate ( ) abnormal

Cognitive function ( ) intact ( ) impaired

Judgment ( ) intact ( ) impaired

Insight ( ) good ( ) fair ( ) none

I [illegible] out [illegible]
no kids
[illegible]
I like basketball

I worry about grades
Not hard to pay attention
I miss him.

**Steven I. Dyckman, M.D.**

NAME: ____________________

## PHYSICIANS ORDERS

| DATE | ORDERS | # OF REFILLS | Risks, benefits, side effects, precautions discussed YES | NO | Adverse Reaction *YES | NO |
|---|---|---|---|---|---|---|
| 3/2/23 | Zoloft 50, no Os<br>Prazosin 2, no Oms<br>A | | | | | |

**BRIEF DANGEROUSNESS PROFILE:**

Past behavior: Homicidal ( ) yes (✓) no
Assaultive ( ) yes (✓) no
Suicidal ( ) yes (✓) no
Substance abuse ( ) yes (✓) no

Current behavior: Homicidal ( ) yes (✓) no
Assaultive ( ) yes (✓) no
Suicidal ( ) yes (✓) no
Substance abuse ( ) yes (✓) no

**DSM V DIAGNOSIS**

AXIS I: PTSD, ANM,

AXIS II: defer

AXIS III: ø

AXIS IV: problems c̄ community

AXIS V: ______

**THERAPEUTIC RECOMMENDATIONS**

Pt has many signs + sxs of PTSD [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] + try Zoloft 50 [illegible] + [illegible] c̄ PTSD sx Cont Prazosin for nightmares! Aware of risk of SI [illegible] from antidepressant, Zoloft 50 [illegible] for PTSD Prazosin 1 [illegible] for nightmares QHS Cont c̄ [illegible] F/U in 6 wks