# EXHIBIT D

Name:
Cryptelytrops
venustus
Kanburi Pit viper
Origin: Thailand

Formerly Trimeresurus
kanburiensis



Name:
Trimeresurus
popeiorum. ♂
Popes Pit viper
AKA: Popeia popeiorum
Origin: Cambodia, India, Laos, Myanmar, Thailand, Vietnam, malaysia



Name:
Trimeresurus
popeiorum. ♀
Popes Pit viper
AKA: Popeia popeiorum
Origin: Cambodia, India, Laos, Myanmar, Thailand, Vietnam, malaysia

Name:
Trimeresurus
trigonocephalus
Trim Trig ♂
Origin: Sri Lanka



Name:
Trimeresurus
trigonocephalus
Trim Trig ♂
Origin: Sri Lanka

Name:
Cryptelytrops
macrops
Big Eyed Pit Viper
♀
AKA. Trimeresurus
macrops
Origin: Cambodia
Thailand, Vietnam

Name:
Cryptelytrops
venustus
Kanburian Beautiful
pit viper. ♀
Origin: Thailand



Name:
Tropidolaemus
wagleri ♀
Wagler Tempel viper
Origin: West Malaysia
Sumatra



Name:
Tropidolaemus
wagleri subannulatus
♀
Wagler Tempel viper
Sulawesi
Origin: Sulawesi,
Indonesia





Name: Cryptelytrops albolabris
white lipped tree viper ♂♀
*sp?: Thailand, China, Vietnam, Indo

Name: Cryptelytrops *maclotii ?*
*sp: water Island*

Name: Cullselasma rhodostoma ♂♀
Malayan pit viper
*sp: Malaysia, Vietnam, Cambodia + Java*

Name: Cryptelytrops venustus
*sp: Thailand*

Name: Atheris ceratophora
Horned in eyelash bush viper ♂♂
*sp: Uzungwa, Usambara Sig: Siluwesi, Tanzania Africa Tidiciosa*

Name: Tropidolaemus *wagleri*



Name: Cryptelytrops insularis ♀
Origin: Wetar Islands Indo

Name: Cryptelytrops venustus
Origin: Thailand

Name: Atheris Ceratophora
Horned or Eyelash Bush viper ♀♂
Origin: Usambra Tanzania Africa





Cryptelytrops venustus (Beautiful tree viper)



Cryptelytrops Albolabris (white lipped tree viper)



Cryptelytrops macrops (Big eyed tree viper)



T. popeorium (Popes tree viper)

Trigon T. trigonocephalus (Trim Trig)

C. abolabris white lipped tree viper

Trigon



Naja siamensis (2)
(Black Indochinese spitting Cobra)
Thailand and China

Naja kaiouthia (4)
(Albino Monocle Cobra)
Throughout China and India