CLOSED

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:23−cv−03747−TJS

| | |
|---|---|
| E.J. et al v. JOHNSON et al | Date Filed: 09/27/2023 |
| Assigned to: HONORABLE TIMOTHY J. SAVAGE | Date Terminated: 09/28/2023 |
| Cause: 28:1332 Diversity−Personal Injury | Jury Demand: Plaintiff |
| | Nature of Suit: 360 P.I.: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

**E.J.**  
*A MINOR, BY IRINA MAYMAN, MOTHER*

represented by **ROBIN J. GRAY**  
POBOX 6874  
WYOMISSING, PA 19610  
484−769−5855  
Fax: 610−777−1432  
Email: robin@robinjgraylaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ROBERT JOHNSON**

**Defendant**

**MARIA JOHNSON**  
*H/W*

**Defendant**

**GREGORY JOHNSON**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/27/2023 | 1 | COMPLAINT against All Defendants ( Filing fee $ 402 receipt number BPAEDC−16971217.), filed by E. J. Mayman, Irina Mayman. (Attachments: # 1 Exhibit Psychiatric Evaluation, # 2 Exhibit IEP report, # 3 Exhibit Psychiatric Notes, # 4 Exhibit Photos)(GRAY, ROBIN) (Entered: 09/27/2023) |
| 09/27/2023 |  | Attorneys are required by local rule to complete and file both a Civil Cover Sheet and a Designation Form. PLAINTIFF's counsel is directed to file COMPLETED DESIGNATION FORM in this case using the Notice (Other) docket event located in the Notices category. The Yes/No questions have to be answered. (sbt) (Entered: 09/27/2023) |
| 09/27/2023 | 2 | Summons Issued as to GREGORY JOHNSON, MARIA JOHNSON, ROBERT JOHNSON. Forwarded To: E−MAILED TO PLAINTIFF'S COUNSEL on 9/27/23 (JL) (Main Document 2 replaced on 9/27/2023) (jl). (Entered: 09/27/2023) |
| 09/28/2023 | 3 | ORDER THAT THIS ACTION IS TRANSFERRED TO THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA; ETC.. SIGNED BY |

|  |  | HONORABLE TIMOTHY J. SAVAGE ON 9/27/23. 9/28/23 ENTERED AND E–MAILED.(JL) (Entered: 09/28/2023) |
|---|---|---|
| 09/28/2023 | ï | THE ABOVE CAPTIONED CASE IS TRANSFERRED TO USDC FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (JL) (Entered: 09/28/2023) |