UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| E.J. a minor, by IRINA MAYMAN, mother <br><br> Plaintiff <br><br> v. <br><br> ROBERT JOHNSON et al., <br><br> Defendants | NO. 3:23-cv-1636 <br><br> (MEHALCHICK, M.J.) |

## ORDER

AND NOW, this __8th__ day of __July__, 2024, upon consideration of Defendant's Uncontested Motion to Modify Case Management Order (Doc. 19) and for good cause having been shown, IT IS HEREBY ORDERED, that the Defendant's motion is GRANTED and that:

1. Amendment of Pleadings for Plaintiffs shall be completed by July 30, 2024;
2. Amendment of Pleadings for Defendants shall be completed by August 30, 2024.
3. Fact Discovery shall be completed by September 30, 2024;
4. Plaintiff's expert reports shall be completed and served upon Defendants by July 30, 2024;
5. Defendants' expert report shall be completed and served upon plaintiff by September 12, 2024;
6. Supplemental Expert Reports shall be completed and served by October 13, 2024;
7. All dispositive motions shall be filed by October 30, 2024.

FILED
SCRANTON

JUL 0 8 2024

Per_____JKC_____
DEPUTY CLERK

BY THE COURT

_Kevin M_____
J.