IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| E.J., et al., | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | NO. 23-CV-1636 |
| | : | |
| ROBERT JOHNSON, et al., | : | JUDGE MEHALCHICK |
| | : | |
| **Defendants.** | : | |

## MEDIATION REPORT

In accordance with the Court's Mediation Order, a mediation conference was held on August 28, 2024, and the results of that conference are indicated below:

   __    The case has been completely settled.

   __    No settlement reached.

   **X**    The parties have reached an impasse. The parties and the mediator agree that a future mediation conference(s) may be beneficial and will engage in additional discussions if appropriate.

                                 Respectfully submitted,

                                 /s/ Frank J. Brier
                                 Mediator

Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA 18503
(570) 342-6100

Date: August 29, 2024

# CERTIFICATE OF SERVICE

I, Frank J. Brier, hereby certify that a true and correct copy of the foregoing Mediation Report was served upon all counsel of record via the Court's ECF filing system on this 29th day of August 2024 to the following:

>Robin J. Gray, Esquire
>Law Office of Robin J. Gray
>P.O. Box 6874
>Wyomissing, PA 19610

>Gerard J. Geiger, Esquire
>Newman Williams, PC
>712 Monroe Street
>Stroudsburg, PA 18360

>/s/ Frank J. Brier
>Frank J. Brier